Bruce E. Davison
Burr, Pease & Kurtz
810 "N" Street, Suite 300
Anchorage, AK 99501
Phone: 907-276-6100
Fax: 907-258-2530
Email: bed@bpk.com

Martha T. Tansik
Burr, Pease & Kurtz
810 "N" Street, Suite300
Anchorage, AK 99501
Phone: 907-276-6100
Fax: 907-258-2530
Email: mtt@bpk.com

Attorneys for Plaintiff United States of America, for the use and benefit of Alaska Demolition LLC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ALASKA DEMOLITION LLC, an Alaska limited liability company,<br><br>    Use Plaintiff,<br><br>vs.<br><br>COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY, a South Carolina corporation,<br>    and<br><br>BAM CONTRACTORS, INC., a Texas corporation;<br><br>    Defendants. | Case No. _____<br><br>**MILLER ACT COMPLAINT**<br><br>**BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff the United States of America, for the use and benefit of Alaska Demolition LLC, and for its complaint alleges as follows:

## ARTICLE I.

## PARTIES

1. Use Plaintiff, Alaska Demolition LLC ("Alaska Demolition") is an Alaska limited liability company, licensed, bonded and registered to do business as a contractor in the State of Alaska.

2. Use Plaintiff holds State of Alaska Contractor's license number CON-E 27209.

3. Use Plaintiff's contractor's license was in effect at all relevant times, and Use Plaintiff is otherwise qualified to maintain this action.

4. Defendant BAM Contractors, Inc., ("BAM") is a Texas corporation.

5. On June 12, 2013, the State of Alaska entered a Certificate of Involuntary Dissolution/Revocation against BAM.

6. Defendant Companion Property and Casualty Insurance Company ("Surety") is a South Carolina corporation engaged in the surety business and provides surety bonding to construction contractors performing work on Federal Projects.

## JURISDICTION

7. Pursuant to 28 U.S.C. § 1331, this Court possesses federal question jurisdiction over Use Plaintiff's cause of action against the Surety pursuant to the "Miller Act" (40 U.S.C. § 3131).

BURR, PEASE
& KURTZ
PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

8. The Court's jurisdiction over Use Plaintiff's cause of action against BAM is based upon this Court's Supplemental Jurisdiction, 28 U.S.C. § 1367.

9. The claims against BAM are so related to claims in the action within this Court's original Miller Act jurisdiction as to be part of the same case or controversy under Article III of the United States Constitution.

## ARTICLE II.

## VENUE

10. Venue is proper in this court under 40 U.S.C. § 3133 because the work out of which this dispute arises was performed on Joint Base Elmendorf-Richardson located adjacent to Anchorage, Alaska.

## ARTICLE III.

## APPLICABLE LAW

11. Regarding Count 2, Breach of Contract by BAM, the substantive law of the State of Alaska applies because parties formed their contracts in Alaska, and the work was performed in the State of Alaska.

## FACTUAL ALLEGATIONS—BUILDING 7210

12. Use Plaintiff re-alleges and reincorporates the allegations contained in all preceding paragraphs of this Complaint as though fully set forth herein.

13. This dispute arises out of a federal government construction project more specifically identified as, "Warehouse Building 7210 Elmendorf AFB, Contract No. FA5000-11-D-0001-0004" ("Project 7210").

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

14. BAM contracted with the U.S. Army Corps of Engineers to perform the construction work for Project 7210. On or about June 27, 2012, BAM entered a subcontract with Use Plaintiff to perform certain demolition work for Project 7210 ("the 7210 Subcontract").

15. Pursuant to 40 U.S.C. §§ 3131, 3134, the Surety for BAM furnished to The United States of America a joint and several Payment Bond dated August 28, 2012 in the penal sum of $143,899.23. Exhibit 1: Payment Bond.

16. The Payment Bond was conditioned upon the timely and proper payment to all persons supplying labor and material in the prosecution of Project 7210.

17. Use Plaintiff began work on Project 7210 in 2014.

18. On September 30, 2014, Use Plaintiff invoiced BAM for work performed on the Subcontract in the amount of $47,500.

19. On December 10, 2014, Use Plaintiff invoiced BAM for work performed on the Subcontract work in the amount of $2,500.

20. BAM failed and refused to pay invoice numbers 5480 and 5531.

21. The Use Plaintiff completed its work in compliance with the requirements of the contract documents.

22. At no time has BAM provided any notice of deficiencies or contract nonconformance to the Use Plaintiff.

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

## ARTICLE IV.

### COUNT 1 – MILLER ACT CLAIM 40 U.S.C. § 3131

23. Use Plaintiff re-alleges and reincorporates the allegations contained in all preceding paragraphs of this Complaint as though fully set forth herein.

24. More than ninety (90) days and less than one year, has expired from the last date upon which the Use Plaintiff furnished labor and materials on the above project.

25. By reason of BAM's failure to pay Use Plaintiff the sum of $50,000 justly due and owed and in accordance with the provisions of the Payment Bond (Exhibit 1) and The Miller Act (40 U.S.C. § 3131 et seq), Defendant BAM as principal, and Defendant Companion Property and Casualty Insurance Company, as Surety, have become jointly and severally indebted and liable to Use Plaintiff for the unpaid sum of $50,000.

26. Use Plaintiff conformed and complied with all of conditions required under the Payment Bond, Exhibit 1.

27. Use Plaintiff conformed and complied with all of conditions required under the Miller Act.

## ARTICLE V.

### COUNT 2 – BREACH OF CONTRACT CLAIM AGAINST DEFENDANT BAM

28. Use Plaintiff re-alleges and reincorporates the allegations contained in all preceding paragraphs of this Complaint as though fully set forth herein.

29. All previous averments are hereby incorporated by reference.

30. BAM breached its contract with Use Plaintiff by failing to pay the full

BURR, PEASE
& KURTZ
. PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

amount due for the work performed by Use Plaintiff.

31.   Use Plaintiff is entitled to damages for BAM's breach of contract.

32.   Use Plaintiff suffered $50,000 in direct damages.

33.   Use Plaintiff suffered additional consequential damages in an amount to be proven at the time of trial.

## ARTICLE VI.

## COUNT 3 – QUANTUM MERUIT CLAIM

34.   All previous averments are hereby incorporated by reference.

35.   BAM is liable in *quantum meruit* for the value of the work it ordered and received from Use Plaintiff for Project 7210.

## ARTICLE VII.

## DEMAND FOR JURY

36.   Pursuant to Fed. R. Civ. P. 38, Use Plaintiff demands a trial by jury in this matter regarding Count 2: Breach of Contract by Defendant BAM.

## ARTICLE VIII.

## ARTICLE IX. PRAYER FOR RELIEF

WHEREFORE, The United States of America, for the use and benefit of Alaska Demolition LLC, prays for relief as follows:

1.   For judgment against Defendant Companion Property and Casualty Insurance Company in the sum of $50,000;

2.   For judgment against Defendant BAM Contractors, Inc., for a sum in excess

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

MILLER ACT COMPLAINT, Case No. _____
Page 6 of 7

5220-4/ 135002

Case 3:15-cv-00029-HRH   Document 1   Filed 02/25/15   Page 6 of 7

$50,000, the exact amount to be proven at trial.

3. For awards of pre- and post-judgment interest against Defendants;

4. For an award of attorneys' fees and costs incurred in prosecuting this action, including without limitation attorney's fees and costs incurred on appeal and in the course of collection; and

5. For such other and further relief as may appear just and equitable in the premises.

RESPECTFULLY SUBMITTED this 10th day of February, 2015.

BURR, PEASE & KURTZ
Attorneys for Use Plaintiff Alaska Demolition LLC

By: /s/ Bruce E. Davison
Bruce E. Davison, ABA 8211111

By: /s/ Martha T. Tansik
Martha T. Tansik, ABA 1105034

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

MILLER ACT COMPLAINT, Case No. _____
Page 7 of 7

5220-4/ 135002

Case 3:15-cv-00029-HRH   Document 1   Filed 02/25/15   Page 7 of 7