IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of ALASKA DEMOLITION, LLC, an Alaska limited liability company,<br><br>                     Plaintiff,<br><br>  vs.<br><br>COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY, a South Carolina corporation,<br><br>    and<br><br>BAM CONTRACTORS, INC., a Texas corporation;<br><br>                     Defendants. | No. 3:15-cv-0029-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Joint Stipulation of Dismissal with Prejudice*,[1] filed September 15, 2017, this case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  22nd  day of September, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 64.